### 3211.   TAYLOR v. FUTCH.

POWELL, J.  As the affidavit of illegality disclosed on its face that it was a mere attempt to go back of the judgment to set up defenses, there was no error in dismissing it, irrespective of all other questions made in the record.                                    *Judgment affirmed.*

DECIDED APRIL 24, 1911.

Affidavit of illegality; from city court of Nashville—Judge Buie. January 4, 1911.

*Hendricks & Christian,* for plaintiff in error.

*Alexander & Gary,* contra.